## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before the Honorable Timothy C. Stanceu, Judge**

| | |
|---|---|
| KUMAR INDUSTRIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | Court No. 21-00622 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Kumar Industries, hereby appeals to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on November 22, 2023. The final judgment hereby appealed upheld the agency decision concerning glycine from India.

                                              Respectfully submitted,

                                              */s/ Lizbeth R. Levinson*
                                              Lizbeth R. Levinson
                                              Brittney R. Powell
                                              FOX ROTHSCHILD LLP
                                              2020 K Street, NW
                                              Suite 500
                                              Washington, DC  20006
                                              Telephone: (202) 461-3100
                                              Facsimile:  (202) 461-3102
                                              Email: llevinson@foxrothschild.com
December 20, 2023                          Counsel for Plaintiffs

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KUMAR INDUSTRIES,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**UNITED STATES,**<br><br>                    Defendant. | **Before:  Timothy C. Stanceu, Judge**<br><br>**Court No. 21-00622** |

## JUDGMENT

Upon consideration of Plaintiff's 56.2 Motion for Judgment on the Agency Record (July 27, 2022), ECF Nos. 23 (Conf.), 24 (Public) ("Plaintiff's Motion"), defendant's response thereto, plaintiff's reply, and all other papers and proceedings had herein, upon due deliberation, and consistent with the Opinion issued this day, it is hereby

**ORDERED** that the Plaintiff's Motion be, and hereby is, denied; it is further

**ORDERED** that, pursuant to USCIT Rule 56.2, judgment be, and hereby is, entered in favor of defendant; it is further

**ORDERED** that the agency decision contested in this case, *Glycine From India: Final Results of Antidumping Duty Administrative Review; 2018–2020*, 86 Fed. Reg. 62,508 (Int'l Trade Admin. Nov. 10, 2021), be, and hereby is, sustained; and it is further

Court No. 21-00622 Page 2

**ORDERED** that entries affected by this litigation shall be liquidated in accordance with the final judicial decision in this action.

/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge

Dated: November 22, 2023
      New York, New York